# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MENDEZ MEDINA,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. EDCV 19-02194-MWF (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that Judgment will be entered granting the instant Petition.

Respondents are ORDERED to conduct a bond hearing no later than fourteen days after the date of this Order. At the hearing, Respondents are required to provide Petitioner Paula Mendez Medina with procedural due process, which shall include providing the Immigration Judge with accurate, complete, updated information regarding Petitioner's criminal history and

accurate information regarding the findings made by the Immigration Judges at the November 2017 and September 2018 bond hearings.

DATED: December 2, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2