JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PAULA MENDEZ MEDINA,

          Petitioner,

   v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, et al.,

          Respondents.

Case No. EDCV 19-02194-MWF (PD)

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED:  December 2, 2020

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE